# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
### NO. 03-21-00103-CR
---

**Jordan Devon Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 81575, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Jordan Devon Taylor seeks to appeal a judgment of conviction for the offense of credit card abuse. *See* Tex. Penal Code § 32.31. However, the district court has certified that this is a plea-bargain case and that Taylor has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Kelly

Dismissed for Want of Jurisdiction

Filed: April 15, 2021

Do Not Publish